```
___ FILED        ___ ENTERED
___ LODGED       ___ RECEIVED

SG    DEC 09 2015
         AT SEATTLE
    CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY
```

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. MJ15-542 |
| SCHUYLER PYATTE BARBEAU | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   SCHUYLER PYATTE BARBEAU ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of an Unregistered Firearm, in violation of Title 26, United States Code, Sections 5861(d) and 5845(a)(3)

Date: 2 December 2015

_____
*Issuing officer's signature*

City and state:   Seattle, Washington

James P. Donohue, Chief U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on (date) 12/5/15 , and the person was arrested on (date) 12/6/15
at (city and state) _____

Date: 12/7/15

_____
*Arresting officer's signature*

RAVIZL BEAVETT
*Printed name and title*