Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-00391RAJ |
| Plaintiff, | |
| vs. | ORDER GRANTING IN PART UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| SCHUYLER P. BARBEAU, | |
| Defendant. | |

THE COURT has considered the defense's unopposed motion for a continuance of the trial and the pretrial motions dates.  The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.  However, the court finds these factors do not warrant the length of continuance requested by defendant.  The court agrees with the government that a continuance to May 2, 2016 will allow sufficient time for the parties to prepare for trial.

IT IS THEREFORE ORDERED that the trial date in this matter is continued to May 2, 2016.  All pretrial motions, including motions in limine, shall be filed no later than April 7, 2016.

///

///

///

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND PTMs DEADLINE - 1
(*Schuyler P. Barbeau*, CR15-00391RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1   IT IS FURTHER ORDERED that the period of time from the date of this order
2 until the new trial date of May 2, 2016, shall be excludable time pursuant to the Speedy
3 Trial Act, 18 U.S.C. § 3161 *et seq*.

4   DATED this 13th day of January, 2016.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND PTMs DEADLINE - 2
(*Schuyler P. Barbeau*, CR15-00391RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**