Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCHUYLER PYATTE BARBEAU,<br><br>　　　　　Defendant. | NO. CR15-391RAJ<br><br>ORDER CONTINUING<br>TRIAL DATE |

　　　THE COURT has considered the motion filed by the parties requesting a continuance of the trial date.

　　　In light of the circumstances that are presented in the motion, THE COURT finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  THE COURT also finds that the failure to grant a continuance of the trial date would deny Barbeau the continuity of counsel.  THE COURT also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial.

///
///
///

Order Continuing/Barbeau - 1
CR15-391RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1          Accordingly, THE COURT ORDERS that the parties' Stipulated Motion to
2  Continue Trial (Dkt. #39) is GRANTED.  The trial date in this matter is continued from
3  May 2, 2016 to November 7, 2016.  All pretrial motions, including motions in limine,
4  shall be filed no later than September 29, 2016.
5          THE COURT FURTHER ORDERS that the period of time from the date of this
6  Order until the new trial date of November 7, 2016, shall be excludable time pursuant to
7  the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).
8          DATED this 27th day of April, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

Order Continuing/Barbeau - 2
CR15-391RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970