Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> SCHUYLER PYATTE BARBEAU, <br> Defendant. | NO. CR15-391RAJ <br><br> ORDER GRANTING GOVERNMENT'S MOTION *IN LIMINE* REGARDING CERTAIN QUESTIONS OF LAW |

The Court, having considered the Government's Motion *In Limine*, and there being no opposition filed, hereby rules that the defense is precluded at trial from arguing that Barbeau (1) had a Second Amendment right to possess the firearm in question; (2) acted with legal necessity; and (3) should be acquitted because he did not believe it was illegal to possess the firearm in question.

DATED this 29th day of July, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

Order Granting Motion in *Limine*
*U.S. v. Barbeau*, CR15-391RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970