Judge Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCHUYLER PYATTE BARBEAU,<br><br>Defendant. | NO. CR15-391RAJ<br><br>ORDER GRANTING GOVERNMENT'S MOTION *IN LIMINE* REGARDING CERTAIN QUESTIONS OF LAW |

The Court, having considered the Government's Motion *In Limine*, and there being no opposition filed, hereby rules that the defense is precluded at trial from arguing that Barbeau (1) had a Second Amendment right to possess the firearm in question; (2) acted with legal necessity; and (3) should be acquitted because he did not believe it was illegal to possess the firearm in question.

DATED this 29th day of July, 2016.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

Order Granting Motion in *Limine*
*U.S. v. Barbeau*, CR15-391RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970