Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. CR15-391RAJ |
| | ) |
| v. | ) ORDER PERMITTING |
| | ) WITHDRAWAL AND FOR |
| SCHUYLER P. BARBEAU, | ) SUBSTITUTION OF COUNSEL |
| | ) |
| Defendant. | ) |

The Court having considered Defendant's Motion for Appointment of New Counsel and defense counsel's Motion for Withdrawal and Substitution of Counsel, and having heard from Defendant and defense counsel at a hearing on this date, and finding good cause,

IT IS HEREBY ORDERED that the motions (Dkt Nos. 50 and 51) are GRANTED. Attorney Walter Peale is permitted to withdraw as defense counsel in this matter upon appointment of new counsel from the CJA panel to represent the Defendant.

DATED this 15th day of December, 2016.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge