Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCHUYLER BARBEAU,<br><br>Defendant. | NO. CR15-391RAJ<br><br>ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THE COURT, having considered the arguments at the status hearing held on January 5, 2017, HEREBY ORDERS as follows.

In light of the circumstances that are presented, THE COURT finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  THE COURT also finds that the failure to grant a continuance of the trial date would deny the parties the continuity of counsel.  THE COURT also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial.

Accordingly, THE COURT ORDERS that Defendant's oral motion to continue the trial date and pretrial motions deadline is GRANTED.  The trial date in this matter is continued from January 9, 2017 to June 5, 2017 at 9:00 a.m.

1  IT IS FURTHER ORDERED that the period of time from the date of this Order
2  until the new trial date of June 5, 2017, shall be excludable time pursuant to the Speedy
3  Trial Act, 18 U.S.C. § 3161(h)(7)(A).
4  IT IS FURTHER ORDERED that at all pretrial motions, including motions in
5  limine, shall be filed no later than March 1, 2017.
6  DATED this 6th day of January, 2017.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge