Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>SCHUYLER P. BARBEAU,<br><br>    Defendant. | NO. CR15-00391RAJ<br><br>ORDER GRANTING MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

THE COURT has considered Defendant's unopposed Motion to Continue Pretrial Motions Deadline, and finding good cause,

IT IS ORDERED that Defendant's unopposed Motion to Continue Pretrial Motions Deadline (Dkt. #60) is GRANTED.  All pretrial motions, including motions in limine, shall be filed no later than March 15, 2017.

DATED this 15th day of February, 2017.

*(signature)*

The Honorable Richard A. Jones
United States District Judge