Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>          vs.<br><br>SCHUYLER P. BARBEAU,<br><br>                         Defendant. | ) ) ) ) ) ) ) ) ) ) ) | NO. CR15-00391RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION TO APPEAL DETENTION ORDER |

THIS MATTER comes before the Court on Defendant's Motion to Appeal Detention Order (Dkt. #76). Having considered the motion and the Government's response, the Court finds there is no valid basis to reopen Defendant's detention hearing, that Defendant is a danger to the community if released, and that there is no less restrictive alternative to confinement that can assure the safety of the community.

Therefore, IT IS ORDERED that Defendant's Motion to Appeal Detention Order (Dkt. #76) is DENIED.

DATED this 3rd day of May, 2017.

_Richard A Jones_

_____
The Honorable Richard A. Jones
United States District Judge