Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SCHUYLER P. BARBEAU,<br><br>    Defendant. | NO. CR15-00391RAJ<br><br>ORDER ON DEFENDANT'S MOTION TO SET FILING DEADLINE FOR MAY 12TH, 2017 |

THIS MATTER comes before the Court on Defendant's Motion to Set Filing Deadline for May 12th, 2017 (Dkt. #71). Having considered the motion and the Government's response,

IT IS ORDERED that Defendant's Motion to Set Filing Deadline for May 12th, 2017 (Dkt. #71) is GRANTED IN PART. The Court will permit an extension of the filing deadline, but not of the length requested by Defendant. All pretrial motions, including motions in limine, shall be filed no later than NOON on May 8, 2017. The Court directs standby counsel to assist Defendant in meeting this deadline.

///

///

///

///

///

ORDER ON DEFENDANT'S MOTION TO
SET FILING DEADLINE FOR MAY 12TH,
2017 - 1

1       The Court has scheduled a hearing for May 24, 2017 at 9:00 a.m., to consider all remaining motions and to conduct a pretrial conference. The Court expects all pretrial motions and issues to be resolved at the hearing on May 24, 2017, such that jury selection can commence promptly at 9:00 a.m. on the scheduled trial date of June 5, 2017.

      DATED this 3rd day of May, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge