HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CASE NO. CR15-391 RAJ |
| v. | ORDER |
| SCHUYLER PYATTE BARBEAU, | |
| Defendant. | |

This matter comes before the Court on Defendant Barbeau's Motion For 60 Day Continuance Based On Newly Discovered Evidence. Dkt. # 109. The Government opposes the Motion. Dkt. # 110. Having reviewed the Motion, response, and balance of the record, the Court finds as follows:

1. The Court will entertain very brief oral argument regarding Mr. Barbeau's Motion on June 5, 2017, at 9:00 a.m. As such, F.B.I. Special Agent Daniel Bennett must be present in the courtroom at this time should the parties or the Court seek his testimony regarding any alleged perjury.

2. Notwithstanding the above, the parties must be prepared to proceed with trial on June 5, 2017, as scheduled, immediately following the oral argument.

The Court will **RESERVE** ruling on this Motion until after the parties have had the opportunity to present their arguments. Dkt. # 109.  **To be clear, however, the parties must be fully prepared to proceed with trial as scheduled on June 5, 2017**.

Dated this 2nd day of June, 2017.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER- 2