Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-00391RAJ |
| Plaintiff, | |
| vs. | ORDER PERMITTING DEFENDANT TO ADD PARALEGAL TO DEFENSE TEAM |
| SCHUYLER P. BARBEAU, | |
| Defendant. | |

THIS MATTER comes before the Court on Defendant's Motion to Add Paralegal to Defense Team (Dkt. #113). Having considered Defendant's motion and the Government's response,

IT IS ORDERED that Defendant is permitted to add paralegal Melina Whitlinger to his defense team.

DATED this 5th day of June, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER PERMITTING DEFENDANT TO
ADD PARALEGAL TO DEFENSE TEAM - 1