# United States of America v. Schuyler Barbeau
# CR15-391 RAJ

## TRIAL WITNESS LIST

| Name | Date(s) Testified |
| --- | --- |
| FBI Special Agent Daniel Bennett | 06-05-2017 |
| Oliver Murphy | 06-05-2017<br>06-06-2017 |
| FBI Special Agent Michael Baldino | 06-06-2017 |
| ATF Firearms Enforcement Officer George Rogers | 06-06-2017 |
|  |  |
|  |  |
|  |  |
|  |  |