Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR15-00391RAJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ALLOWING DEFENDANT |
| vs. | ) | TO REVOKE PRO SE STATUS |
| | ) | |
| SCHUYLER P. BARBEAU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER comes before the Court on Defendant's motion to revoke his pro se status and to resume representation by counsel. Having considered the motion and finding good cause,

IT IS ORDERED that Defendant's Motion (Dkt. #123) is GRANTED. Defendant's pro se status is revoked and attorney Robert Gombiner shall represent defendant in all further proceedings before the Court. Carrie Aenk shall be allowed to continue in her paralegal status.

DATED this 16th day of June, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER ALLOWING DEFENDANT
TO REVOKE PRO SE STATUS - 1