Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCHUYLER PYATTE BARBEAU,<br><br>Defendant. | CASE NO. CR15-391-RAJ<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

- One (1) black AR-15, fully automatic, 5.56mm caliber assault rifle/machine gun with a short 10.5-inch barrel and drop-in auto sear.

The Court, based on the record, FINDS:

On June 6, 2017, the Defendant pled guilty to Possession of an Unregistered Firearm, in violation of 26 U.S.C. §§ 5861(d), 5845(a)(3) and (6), as charged in Count 1 of the Superseding Indictment; and to Possession of a Machinegun, in violation of 18 U.S.C. §§ 922(o) and 924(a)(2), as charged in Count 2.  Dkts. 27 & 120.

///
///

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

On September 8, 2017, the Court entered a Preliminary Order of Forfeiture finding the above-identified firearm forfeitable pursuant to 26 U.S.C. § 5872(b) and 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c), and forfeiting the Defendant's interest in it. Dkt. 134;

The United States then published notice of the forfeiture as required by law. Dkt. 135; and

The time for filing third-party petitions has expired, and none were filed.

THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, and/or its representatives, is authorized to dispose of the above-listed property as permitted by law.

IT IS SO ORDERED.

DATED this 21st day of December, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge