Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SCHUYLER PYATTE BARBEAU, <br><br> Defendant. | NO. CR15-391RAJ <br><br> ORDER AUTHORIZING TRANSFER OF PROPERTY |

THE COURT, having considered the parties' stipulated motion, HEREBY ORDERS the Federal Bureau of Investigation to transfer to Josh's Guns, a federally-licensed firearms dealer, any firearms, related firearms parts, and ammunition that were seized from the defendant that were not forfeited in this case.

The government will not transfer and/or return any contraband seized from the defendant, including the suppressor that was seized from him.

DATED this 30th day of March, 2018.

*[signature]*
The Honorable Richard A. Jones
United States District Judge

ORDER AUTHORIZING TRANSFER OF PROPERTY
*United States v. Barbeau*, CR15-391RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970