UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>SCHUYLER PYATTE BARBEAU,<br><br>Defendant. | NO. CR15-391RAJ<br><br>**ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

THIS MATTER comes before the Court upon Defendant's Motion for Early Termination of Supervised Release. Having considered Defendant's Motion, the Government's brief in opposition, and the files and pleadings herein, the Court hereby DENIES Defendant's Motion for Early Termination of Supervised Release (Dkt. #146).

DATED this 10th day of September, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING DEFENDANT'S MOTION
FOR EARLY TERMINATION OF SUPERVISED RELEASE
(*United States v. Barbeau*, CR15-391RAJ) - 1

UNITED STATES ATTORNEY
700 STEWART STREET,
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970